# FEDERAL COMMUNITY DEFENDER OFFICE
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DEFENDER ASSOCIATION OF PHILADELPHIA
FEDERAL COURT DIVISION

| | | |
|---|---|---|
| **LISA EVANS LEWIS**<br>Chief Federal Defender | The Curtis - Suite 540 West<br>601 Walnut Street<br>Philadelphia, PA 19106<br>Phone: 215.928.1100<br>Fax: 215.928.1112 | **JENNIFER CHICCARINO**<br>First Assistant |

May 23, 2025

**VIA ECF & EMAIL**
The Honorable John F. Murphy
United States District Court Judge
United States Courthouse
601 Market Street
Philadelphia, PA 19106

   RE: <u>*United States v. Josh S. Verne*</u>
      <u>*Criminal Number 24-270*</u>

Dear Judge Murphy:

  Sentencing in the above matter is currently scheduled for June 13, 2025. We are writing to respectfully request a 90-day continuance of sentencing to allow further time to complete ongoing investigation of the loss amount and otherwise prepare for sentencing. Assistant United States Attorneys Paul Shapiro and Jerome Maiatico have advised that they have no objection to this request.

  Thank you for your consideration. Should you have any questions or require additional information, please do not hesitate to contact us.

            Respectfully,

            <u>*/s/ Angela Levy*</u>
            ANGELA LEVY
            Assistant Federal Defender

            <u>*/s/ Michael McCrossen*</u>
            MICHAEL McCROSSEN
            Assistant Federal Defender

AL/cb
cc: Paul Shapiro, Assistant United States Attorney
   Jerome Maiatico, Assistant United States Attorney
   George McGary, United States Probation Officer