IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

                v.

JOSH S. VERNE
525 Northeast 7th Street
Apartment 1912
Ft. Lauderdale, FL 33304

:       CRIMINAL ACTION
:
:       No. 24-270

## <u>NOTICE OF HEARING</u>

      Take notice that the defendant is rescheduled for **Sentencing** on **December 2, 2025** at **10:00 A.M.** before the **Honorable John F. Murphy** in **Courtroom 3B**, Third Floor, of the United States District Court, 601 Market Street, Philadelphia, PA 19106.

☐ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☒ **Bail Status:** The defendant is on bail. A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons:** This Notice serves as a summons to appear in court. If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:** A _____ interpreter will be required for the defendant.

☒ **Hearing rescheduled from: September 12, 2025**

For additional information, please contact the undersigned.

By:        Kerri Christy, Courtroom Deputy to J. Murphy
          Phone: 267-299-7510

Date:     8/22/2025

cc:          Defendant (via Defense Counsel)
cc via email:  Defense Counsel
            Assistant U.S. Attorney
            U.S. Marshal
            Court Security
            Probation Office
            Pretrial Services
            Interpreter Coordinator