**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | **NO. 24-270** |
| | : | |
| **JOSH S. VERNE** | : | |

# ORDER

**AND NOW**, this 4th day of September 2026, upon considering defendant's motion to vacate, set aside, or correct his sentence (DI 64), defendant's motion for collateral relief (DI 65), defendant's motion for appointment of new counsel (DI 68), the government's opposition (DI 86), and for reasons in the accompanying memorandum, it is **ORDERED**:

1. Defendant's motion to vacate, set aside, or correct his sentence (DI 64) is **DENIED**.

2. Defendant's motion for collateral relief (DI 65) is **DENIED**.

3. Defendant's motion for appointment of new counsel (DI 68) is **DENIED**.

**MURPHY, J.**